**MOORE RUDDELL LLP**
BONITA D. MOORE (SBN 221479)
bmoore@mooreruddell.com
HOWARD D. RUDDELL (SBN 281510)
hruddell@mooreruddell.com
21250 Hawthorne Blvd., Suite 500
Torrance, CA 90503
Telephone: (310) 792-7010
Fax: (323) 530-1113

Attorneys for Plaintiff Vikas Patel

**KIRKLAND & ELLIS LLP**
MICHAEL SHIPLEY (SBN 233674)
michael.shipley@kirkland.com
555 South Flower St., Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
Fax: (213) 680-8500

Attorneys for Defendant SaniSure, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| VIKAS PATEL, an individual, | Case No. 2:23-cv-03372-MEMF-MAA |
| Plaintiff, | Hon. Maame Ewusi-Mensah Frimpong |
| v. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(ii)** |
| SANISURE, INC., a California Corporation; and DOES 1-50, | |
| Defendants. | |

- 1 -

1    The parties to this action, acting through counsel, and pursuant to Federal

2    Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a

3    negotiation settlement executed by them, to the dismissal with prejudice of this

4    action, including all claims stated herein against all parties, with each party to bear

5    its own attorneys' fees and costs.

6

7    DATED: September 7, 2023       Respectfully submitted,

8                                  MOORE RUDDELL LLP

9

10                                 By:/s/ *Howard D. Ruddell*

11                                 HOWARD D. RUDDELL

12                                 Attorneys for Plaintiff Vikas Patel

13   DATED: September 7, 2023       KIRKLAND & ELLIS LLP

14

15                                 BY:  */s/Michael Shipley*

16                                 MICHAEL SHIPLEY

     Attorneys for Defendant SaniSure, Inc.

17

18

19                        **L.R. 5-4.3.4 Attestation**

20        Pursuant to L.R. 5-3.3.4, I attest on the signature page of the document that all

21   other signatories listed, and on whose behalf the filing is submitted, concur in the

22   filing's content and have authorized the filing.

23

24                                 */s/ Howard D. Ruddell*
                                   Howard D. Ruddell

25

26

27

28
                                      - 2 -

JOINT STIPULATION OF DISMISSAL
CASE NO. 2:23-CV-03372-MEMF-MAA